UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

In Re:                              *       HON. RICHARD L. SPEER

                                    *

Susan Jane Eversole                         Chapter 13
                                    *

Debtor(s)                           *       Case No.    06-33644 S

### STIPULATED ORDER AMENDING CHAPTER 13 PLAN

    Now comes Anthony B. DiSalle, Standing Chapter 13 Trustee, Counsel for Debtor(s) herein, and stipulate that the following Amendments to the Chapter 13 Plan for the above referenced case are hereby agreed to by all parties. The parties further agree that upon entry of this Stipulated Order, the Amendments noted herein shall constitute a regularly filed amendment to the Chapter 13 Plan filed on _____12/08/06_____.

    ☑ The Chapter 13 Plan payment originally proposed in the amount of
$_____500.00_____ per _____month_____ is hereby amended to
$_____583.00_____ per _____month_____ for ___59___ months.

    ☐ Fixed payments to the following creditors shall be amended:
        from                    to
        from                    to

    ☐ The Chapter 13 Plan originally providing for payments to be made for a period of _____ months is hereby amended and the plan payments shall be made for a period of _____ months.

    ☐ All tax refunds / ☐ $_____ from tax refunds / shall be submitted to the Standing Chapter 13 Trustee each year during the pendency of this case  by _____April 15th_____ . The Debtor(s) agrees that no changes to the payroll withholdings will be made without the written permission of the Trustee.

    ☑ The Chapter 13 plan originally proposed at a percentage of ___0____% is hereby increased to the percentage of __100__%.

    *Debtors shall make direct payments to National City Bank on their 2003 Ford.*

The parties further agree that all other aspects of the Chapter 13 Plan for the above-captioned case shall remain the same.

**APPROVED THIS __26th__ day of ___January___, 2007:**

*/s/ Anthony B. DiSalle*
**Anthony B. DiSalle**
**Standing Chapter 13 Trustee**

*/s/ Duane L. Galloway by James E. Vail, Jr.*
**Attorney for Debtor(s)**

*/s/ Susan J. Eversole*
**Debtor**

**IT IS SO ORDERED.**

Dated: JAN 3 0 2007

/S/ RICHARD L. SPEER
**RICHARD L. SPEER**
**United States Bankruptcy Judge**