0033-5T-EPIB5T-00084490-118213

# United States Bankruptcy Court
FOR THE
Northern District of Ohio, Western Div

**IN RE:** SUSAN JANE EVERSOLE
6005 DEYO RD
PO BOX 224
CASTALIA, OH 44824

DATE 05/31/2007

CASE No. 06-33644 S

SS #1 XXX-XX-6833

**NOTICE OF CLAIMS FILED AND INTENT TO PAY CLAIMS**

NOTICE is hereby given of the intention of the Chapter 13 Trustee Anthony B. DiSalle to pay the claims as duly filed and allowed of creditors named and in the amounts set forth according to the terms of the plan, pursuant to 11 U.S.C. 502(r), and Rule 3002, Rules of Bankruptcy Procedure. Unless a party in interest files an objection and request for hearing within 30 days of the date of the service of this Notice, the said claims will be so paid.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 001 | COUNTRYWIDE HOME LOANS, INC. / %MAGUIRE & SCHNEIDER, LLP  250 CIVIC CENTER DR., SUITE 500 / COLUMBUS, OH 43215 | 24,690.29 | | Secured |
| 002 | NATIONAL CITY BANK / P O BOX 856153  LOUISVILLE, KY 40285-6153 | | | Not Filed |
| 003 | REAL TIME RESOLUTIONS, INC. / 1750 REGAL ROW, SUITE 120  PO BOX 36655 / DALLAS, TX 75235 | 5,765.52 | | Secured |
| | Total | 30,455.81 | ******* | |
| | | 1,200.00 | | Debtor's Attorney |

DUANE L. GALLOWAY
538 HURON AVENUE
SANDUSKY, OH 44870

I hereby certify that a copy of this notice was served upon the debtor(s) and the debtor(s) attorney of record on this day by regular U.S. Mail postage prepaid at their addresses as appear in the records hereof.

DATE: 06/14/2007

/s/ Anthony B. DiSalle

Anthony B. DiSalle
Chapter 13 Trustee

Page 1 of 1