Anthony B. DiSalle
501 Toledo Building
316 North Michigan Street
Toledo, OH 43604

5T-   0633644      D
SUSAN JANE EVERSOLE                B
6005 DEYO RD
PO BOX 224
CASTALIA, OH  44824

## ACCOUNTING REPORT ------ PETITION DATE TO 9/30/2007

Pursuant to the "Notice of Appointment of Successor Chapter 13 Trustee" previously filed in this case, Anthony B. DiSalle retired as the Standing Chapter 13 Trustee effective September 30, 2007. John P. Gustafson, his successor, was appointed effective October 1, 2007. The successor hereby submits the following accounting report of the administration of the estate as required by Federal Rule of Bankruptcy Procedure 2012(b)(2) and the duties listed in 11 U.S.C. Section 1302(b)(1). This accounting will be on file at the U.S. Bankruptcy Court for the Northern District of Ohio, Western Division, located at 1716 Spielbusch Ave., Toledo, Ohio 43604.

The enclosed accounting report covers the period from the petition date through September 30, 2007, which reflects all receipts/payments to the Trustee and all disbursements to the Creditors, if any. The "summary to date" line on the last page of this report summarizes all the receipts and disbursements. Please examine this report carefully and immediately advise your Attorney or the Trustee of any errors or omissions.

Note: The location of the Office of the Chapter 13 Trustee in Toledo, the mailing address, the telephone and fax numbers, all remain the same. The post office box for remitting all Chapter 13 payments is: **Standing Chapter 13 Trustee, John P. Gustafson, P O Box 712284, Cincinnati, Oh  45271-2284. All payments should be made payable to "Standing Chapter 13 Trustee".**

```
EVERSOLE, SUSAN JANE                              PERIOD COVERED THIS REPORT    DATE FILED:    12/13/06   UNSECURED PAID AT  100.0000%   CASE #: 0633644
6005 DEYO RD                                      07-02-1999 TO 09-28-2007      LATEST 341:    01/26/07   BASE AMOUNT   NONE            PRINTED #:06-33644
PO BOX 224                                                                      ORIGINAL 341:  01/26/07   PLAN UNSECURED NONE
CASTALIA, OH 44824                                TRUSTEE              5T       CONFIRMED:     04/05/07   MONTHLY BASE   NONE
ss# 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                MAIL  ss#          Anthony B. DiSalle
```

## PLAN PAYMENTS

| Period | | | |
|---|---|---|---|
| 01-01-2007 TO 01-01-2007 | 500.00 MONTHLY | | COMP %  2.40   MIN BALANCE  0.00 |
| 02-01-2007 TO            | 583.00 MONTHLY | | EXP %   2.40   DELINQUENT   0.00  0 |

## PLAN RECEIPTS

| Period | Tran Date | Source | Funds In | Trans Type | Funds Out | Period | Tran Date | Source | Funds In | Funds Out | Trans Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 01 | 01/10/07 PC 2292 | | 500.00 | Receipt | | | | | | | |
| 07 02 | 02/08/07 PC 2313 | | 583.00 | Receipt | | | | | | | |
| 07 03 | 03/07/07 PC 2324 | | 583.00 | Receipt | | | | | | | |
| 07 04 | 04/10/07 PC 2337 | | 583.00 | Receipt | | | | | | | |
| 07 05 | 05/07/07 PC 2349 | | 583.00 | Receipt | | | | | | | |
| 07 06 | 06/12/07 PC 2363 | | 583.00 | Receipt | | | | | | | |
| 07 07 | 07/13/07 PC 2379 | | 583.00 | Receipt | | | | | | | |
| 07 08 | 08/14/07 PC 2385 | | 583.00 | Receipt | | | | | | | |
| 07 09 | 09/14/07 PC 2403 | | 583.00 | Receipt | | | | | | | |

## CREDITOR DISBURSEMENTS: P/Prewrite, C/Cancel, R/Return, I/Xfr In, O/Out, */Last

| CLAIM REF | CLASS | CREDITORS NAME | ACCUM@ AMT SCHD(*) LIMIT(#) | PAY SEQ/ METHOD | FIXED PAYMENT | INTEREST | CLAIMED (PAY %) | PRIN PAID INT PAID | PRIN DUE INT DUE | MO CHECK# AMOUNT | MO CHECK# AMOUNT | MO CHECK# AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 1 | DEUTSCHE BANK NATIONAL 1st Mortgage-Countryw | | 20 PR | | | 24,690.29 | 3,805.42 | 20,884.87 Not Filed | 0705 302013  2,047.60  0708 322847  449.56 | 0706 309042 421.52  0709 329697 449.56 | 0707 315757 437.18 |
| 002 | 3 4 | 1 NATIONAL CITY BANK | | 33 PR | | | 11,600.00 | 0.00 | | | | |
| 003 | 1 5 | 1 REAL TIME RESOLUTIONS, 2nd Mortgage-Sovereig | | 20 PR | | | 5,765.52 | 888.62 | 4,876.90 Continuing | 0705 305473 478.14  0708 326268 104.98 | 0706 312249 98.43  0709 332925 104.98 | 0707 319221 102.09 |
| 777 | 8 1 IG | Debtor(s) | | 98 | | | Continuing | 0.00 | | | | |
| 799 | 9 2 | DUANE L. GALLOWAY | | 20 PR | | | 1,200.00 | 99.52 | 1,100.48 | 0705 302216 99.52 | | |

## SUMMARY TO DATE

| | PAID IN | PAID OUT | REFUND RECEIPTS | UNSECURED (CLASS 3,5,6,7,8) | PRIORITY (CLASS 2 & 4) | ADMINISTRATIVE (CLASS A) | FILING FEES | CLERK'S FEES | OTHER COSTS | ATTORNEY (CLASS 9) | TRUSTEE COMP | TRUSTEE EXP | EST. INT. DUE ALL CLASSES | EST. UNPAID TRUSTEE COMP | DEBTOR ATTY | CREDITORS PRINCIPAL | CREDITORS INTEREST | REFUND CLOSING | UNALLOCATED FUNDS | BAL- ANCE | FUNDS ON HAND |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RECEIPTS TO DATE | 5,164.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,100.48 | 173.04 | 173.04 | 0.00 | 0.00 | 99.52 | 4,694.04 | 0.00 | 0.00 | 24.36 | 24.36 | 24.36 |

## BALANCES STILL DUE

| SECURED (CLASS 1) | | | | | | | | | | | | | | | | EST. UNPAID TRUSTEE EXP | | NEEDED TO COMPLETE BASE | NEEDED TO COMPLETE CLAIMS | | EST PAYOFF LEFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25,761.77 | | | | | | | | | | | | | | | 677.21 | 677.19 | | | 28,192.29 | | 49 |

3814                                                                                                                                                          PAGE  1 OF

06-33644-rls    Doc 45    FILED 10/18/07    ENTERED 10/18/07 13:23:44    Page 2 of 2