# FILED

## 2008 Nov 10 PM 04:44

**CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
TOLEDO**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: Susan Jane Eversole<br>SSN: xxx-xx-6833 | * | Case No. 06-33644 S |
| | * | Chapter 13 |
| | * | JUDGE RICHARD L. SPEER |
| | * | John P. Gustafson<br>Standing Chapter 13 Trustee |
| | * | 316 N. Michigan St., #501<br>Toledo, Ohio 43604 |
| Debtor | * | (419) 255-0675 |

### ORDER OF DISMISSAL

This cause came on for consideration upon filing of an Affidavit of Default by the Staff Attorney for the Standing Chapter 13 Trustee.

On April 5, 2007, this Court confirmed the Debtor plan, ordering Debtor to remit to the Standing Chapter 13 Trustee the sum of $583.00 monthly. The Court further ordered that, "upon failure of the debtor to make any of the payments provided by the plan and by this order that the proceedings be dismissed without notice to the debtor or his/her attorney".

The Court finds that pursuant to the Affidavit of Default filed by the Standing Chapter 13 Trustee setting forth Debtor's failure to comply, this case should be dismissed.

It Is therefore;

**ORDERED** that this proceeding be, the same hereby is, dismissed;

It Is **FURTHER ORDERED** that John P. Gustafson, the Standing Chapter 13 Trustee, disburse any remaining funds on hand,

It Is **FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court, serve a notice of this Order of Dismissal upon the Debtor, Attorney for Debtor, Trustee, all Creditors & parties in interest.

NOV 10 2008

Dated: _____

/S/ RICHARD L. SPEER

_____
RICHARD L. SPEER
United States Bankruptcy Judge